UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT DERWIN AVERY,

    Plaintiff,

  v.

DEPARTMENT OF THE ARMY,

    Defendant.

Case No. 14-cv-01077-YGR (PR)

**ORDER VACATING HEARING**

Good cause appearing, the hearing noticed in this matter on Defendant's Motion to Dismiss for January 26, 2015 at 2:00 PM is hereby VACATED.[1]

The motion will be decided without a hearing.

IT IS SO ORDERED.

Dated: January 21, 2015

    YVONNE GONZALEZ ROGERS
    United States District Judge

---

[1] The Court notes that Plaintiff inadvertently set this matter for a hearing when he filed his opposition to Defendant's Motion to Dismiss. Dkt. 30.