UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT DERWIN AVERY,

    Plaintiff,

  v.

THE DEPARTMENT OF THE ARMY,

    Defendant.

Case No. 14-cv-01077-YGR (PR)

Related Case No. 15-cv-00808-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Defendant's Motion to Dismiss, IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: July 20, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge